IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS PAGLIEI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5602 |
| | : | |
| FEDERAL EXPRESS CORPORATION | : | |

## ORDER

AND NOW, this 6th day of March 2019, upon considering the parties' Status Report (ECF Doc. No. 13), it is **ORDERED**:

1. This action is **DISMISSED** under agreement of counsel and Local Rule of Civil Procedure 41.1(b);[1]

2. We cancel the obligations in our February 27, 2019 Order (ECF Doc. No. 12); and,

3. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).